Coleman Watson, Esq.
WATSON LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
coleman@watsonllp.com

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CODING TECHNOLOGIES, LLC, § § § | |
| Plaintiff, § | Case No.: 1:17-cv-07787-JMF |
| § § | |
| vs. § § | **PLAINTIFF'S NOTICE OF PENDENCY OF RELATED CASES** |
| PHILIP MORRIS INTERNATIONAL, § § § | |
| Defendant. § § § § § § § | |

Plaintiff, CODING TECHNOLOGIES, LLC, pursuant to Local Rule 1.6, brings the following related cases to the court's attention:

**Related cases pending in this court**[1]

*Coding Technologies, LLC v. Arconic*, Case No. 1:17-cv-07779-JGK

*Coding Technologies, LLC v. Flipboard*, Case No. 1:17-cv-07783-LGS

*Coding Technologies, LLC v. International Business Machines Corporation*, Case No. 7:17-cv-07784-VB

*Coding Technologies, LLC v. Metropolitan Life Insurance Company*, Case No. 1:17-cv-07785-GBD

*Coding Technologies, LLC v. Philip Morris International, Inc.*, Case No. 1:17-cv-07787-JMF

**Related cases pending in other federal districts**

**District of Delaware**

---

[1] Plaintiff initially filed several cases in this district at or about the same time, concerning the same United States Patent. At the outset of litigation, counsel's view was that the cases were not related within the meaning of Local Rule 1.6 because although they all concerned the same patent, the facts supporting infringement as to each defendant were necessarily different. Since filing, certain cases have become related because the certain defendants have challenged the validity of the patent-in-suit. Hence, this notice is to make the court aware that there are now related cases in this district within the meaning of Local Rule 1.6.

*Arconic*, Case No. 1:17-cv-07779-JGK, was the <u>first-filed</u> case as between all related cases. The case was filed on October 11, 2017 at 11:47 a.m. Of the five cases pending in this district, two such cases *Metropolitan Life Insurance Company*, Case No. 1:17-cv-07785-GBD and *Philip Morris International, Inc.*, Case No. 1:17-cv-07787-JMF, have fully-briefed motions to dismiss pending that are directed to patentability under 35 U.S.C. § 101. There is also a Section 101 motion pending in the District of Delaware, *Digi International*, Case No. 1:17-cv-01457-LPS, as well as two pending in the Middle District of Florida, *Masonite Corporation*, Case No. 8:17-cv-02402-SDM and *RTG Furniture Corp., et al.*, Case No. 8:17-cv-02403-CEH. All of these Section 101 motions are directed to the same patent-in-suit and all are currently under review by different United States District Judges.

*Coding Technologies, LLC v. Acuity Brands*, Case No. 1:17-cv-01450-LPS

*Coding Technologies, LLC v. Blackboard, Inc.*, Case No. 1:17-cv-01452-LPS

*Coding Technologies, LLC v. Calix, Inc.*, Case No. 1:17-cv-01453-LPS

*Coding Technologies, LLC v. Cognizant Technology Solutions Corporation*, Case No. 1:17-cv-01455-LPS

*Coding Technologies, LLC v. Digi International*, Case No. 1:17-cv-01457-LPS

*Coding Technologies, LLC v. Dupont De Nemours and Company, LLC*, Case No. 1:17-cv-01458-LPS

**Middle District of Florida**

*Coding Technologies, LLC v. Crowley Maritime Corporation*, Case No. 3:17-cv-01147-HLA

*Coding Technologies, LLC v. HSN, Inc.*, Case No. 8:17-cv-02401-MSS

*Coding Technologies, LLC v. Masonite Corporation*, Case No. 8:17-cv-02402-SDM

*Coding Technologies, LLC v. RTG Furniture Corp., et al.*, Case No. 8:17-cv-02403-CEH

*Coding Technologies, LLC v. Wilsonart, LLC*, Case No. 6:17-cv-01761-ACC

*Coding Technologies, LLC v. WZ Franchise Corp.*, Case No. 6:17-cv-01760-ACC

**DATED** on January 17, 2018

Respectfully submitted,

*/s/ Coleman Watson*
**Coleman W. Watson, Esq.**
Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar No. 4850004

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

1
2           Email: coleman@watsonllp.com
                   docketing@watsonllp.com
3
            **WATSON LLP**
4           189 S. Orange Avenue
            Suite 810
5           Orlando, FL 32801
            Tel: (407) 377-6634
6           Fax: (407) 377-6688
7
            *Attorneys for Plaintiff,*
            CODING TECHNOLOGIES, LLC
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25